IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>GUILLERMO FRAIRE,<br><br>                Defendant. | **4:21CR3120**<br><br>**ORDER** |

Defendant was sentenced to a term of imprisonment on November 2, 2022, and was granted the opportunity to self-surrender by January 25, 2023. Defendant remained subject to the conditions of Defendant's pretrial release while awaiting the self-surrender date.

A Petition was filed alleging Defendant violated the terms of Defendant's pretrial release. (Filing No. 64). A hearing was held on the Petition, and the allegations were found to be true. In accordance with the directions of Defendant's sentencing judge:

IT IS ORDERED:

1) The court finds Defendant has violated the conditions of Defendant's pretrial release.

2) Defendant's opportunity for self-surrender to begin the imposed sentence is revoked.

3) The Marshal shall promptly transfer Defendant to the custody of the Bureau of Prisons to commence service of the sentence imposed.

December 16, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge